Chicago Title & Trust Company, Trustee, Appellee, v. Thomas D. Randall et al., Defendants.

Louis Susman, Appellant, v. Chicago Title and Trust Company, Trustee, et al., Appellees.

Gen. No. 41,047.　(Abstract of Decision.)

Heard in third division, first district, this court at December term, 1939; opinion filed May 22, 1940. Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel; Gottlieb & Schwartz, for appellees; Harry E. Smoot, B. W. Friedman and A. Edmund Peterson, of counsel. Opinion by JUSTICE BURKE. ''Not to be published in full.''